

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2016

No. 04-16-00528-CV

**IN RE VALERO ENERGY CORPORATION**; Valero Refining-New Orleans, LLC; Valero Refining-Texas, L.P.; Valero Services, Inc.; Valero Unit Investments, LLC; Valero Retail Holdings, Inc.; Valero International Holdings, Inc.; and Valero Refining and Marketing Co.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

On August 18, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 29, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-CI-04253, styled *Judith Albarran et al v. Koch Specialty Plant Services, et al*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.